# ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
TEL: (212) 223-0400

DIRECT DIAL
(212) 826-5325
dhamilton@zeklaw.com

WWW.ZEKLAW.COM

August 22, 2018

**BY ELECTRONIC CASE FILING**

Honorable Steven M. Gold
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Chambers: Room 1217
Brooklyn, New York  11201

**Mordechai Atlas v. Equifax Information Services, LLC et al.**
**1:18-cv-3233 WFK-SMG**
**Citibank's Request for Extension of Time to Respond to the Complaint**

Dear Judge Gold:

    We are counsel to defendant Citibank, N.A. in this matter.  We write pursuant to this Court's Individual Practices to approve an extension of time by which Citibank may respond to plaintiff's complaint from August 23, 2018 to and including September 13, 2018.  Plaintiff's counsel consented to this request.  This is Citibank's second request for such an extension to this Court.  This request is made because the parties are continuing to actively attempt to resolve this matter without having to incur the expense of costly litigation and otherwise burden this Court.

Respectfully,

David S.S. Hamilton

cc:     Daniel Kohn, Esq. (By ECF)

NEW YORK | CONNECTICUT | NEW JERSEY | ISRAEL

#978989