

YAAKOV SAKS ▲*
JUDAH STEIN ▲
RACHEL DRAKE ▪
DANIEL KOHN ▲

▲ NJ & NY Bar Admissions
▪ NJ Bar Admission
*Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, ND, MI, CT, AR, TN

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

September 17, 2018

The Honorable Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Via ECF**

    Re:    Atlas v. Equifax Information Services, LLC et al.
              Case No. 1:18-cv-03233-WFK-SMG

Your Honor,

    We represent the Plaintiff, Mordechai Atlas, in the above referenced action, and write in accordance with Your Honor's Individual Practices, and with consent of Counsel for Defendant Citibank, N.A.

    We write to respectfully request an adjournment of the Initial Conference presently scheduled for Friday, September 21, 2018, as Plaintiff's Counsel is previously scheduled to appear before the United States District Court for District of New Jersey at the same time, and would therefore be unable to appear before Your Honor at the Initial Conference.

    We have conferred with counsel for Defendant Citibank, N.A., who consents to this request. The parties propose October 9, 11 or 12, 2018 as alternative date for the Initial Conference, should one of those dates be available and convenient for the Court.

    This is Plaintiff's first request for an adjournment, and the prospective adjournment will not affect any other calendared date.

    We thank Your Honor and the Court for its kind considerations and courtesies.

                                  Respectfully,

                                  */s/ Daniel Kohn*
                                  Daniel Kohn