FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ OCT 01 2018 ★ 

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MORDECHAI ATLAS,
    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC;
CITIBANK N.A.

    Defendants.

CASE NO.: 1:18-cv-3233

---

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by and between the undersigned counsel for the Plaintiff and Defendant Equifax Information Services, LLC ("Defendant Equifax") in the above captioned action, no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: September 28, 2018

Respectfully Submitted,

*/s/ Daniel Kohn*
Daniel Kohn, Esq.
Stein Saks, PLLC
285 Passaic Street
Hackensack, NJ 07601
201-282-6500 x107
dkohn@steinsakslegal.com

The application is ___ granted.
SO ORDERED ~~denied.~~
    s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: Oct. 1, 2018
Brooklyn, New York

## Certificate of Service

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 28th day of September, 2018        Respectfully Submitted,

                                              */s/ Daniel Kohn*
                                              Daniel Kohn, Esq