

YAAKOV SAKS ▲*
JUDAH STEIN ▲
RACHEL DRAKE ▪
DANIEL KOHN ▲

▲ NJ & NY Bar Admissions
▪ NJ Bar Admission
*Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, ND, MI, CT, AR, TN

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

October 8, 2018

The Honorable Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Via ECF**

  Re: **Atlas v. Equifax Information Services, LLC et al.
    Case No. 1:18-cv-03233-WFK-SMG**

Your Honor,

  We represent the Plaintiff, Mordechai Atlas, in the above referenced action, and write in accordance with Your Honor's Individual Practices, and with consent of Counsel for Defendant Citibank, N.A.

  We write to respectfully request a brief rescheduling of the Initial Conference presently scheduled for Friday, October 12, 2018 at 3:30 PM, in consideration of religious observance of Plaintiff's Counsel as a Sabbath observer.

  We have conferred with counsel for Defendant Citibank, N.A., who consents to this request. The parties respectfully request the Initial Conference be rescheduled for slightly earlier on the same afternoon, anytime between 1:00-2:00 PM, should a time be available and convenient for the Court.

  We thank Your Honor and the Court for its kind considerations and courtesies.

          Respectfully,

          */s/ Daniel Kohn*
          Daniel Kohn