CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven M. Gold |
| DATE: | October 19, 2018 |
| TIME: | 11:30 a.m. |
| DOCKET NUMBER(S): | CV 18-3233 (WFK) |
| NAME OF CASE(S): | Atlas v. Equifax Information Services LLC et al |
| FOR PLAINTIFF(S): | Kohn |
| FOR DEFENDANT(S): | Hamilton |
| NEXT CONFERENCE(S): | STATUS CONFERENCE AT 2:00 PM ON FEBRUARY 7, 2019 |
| FTR/COURT REPORTER: | N/A |

**INITIAL CONFERENCE RULINGS:**

**Interrogatories and document demands will be served no later than November 2, 2018.  Discovery will be completed by February 1, 2019.**

**THE COURT WILL HOLD A CONFERENCE AT 2:00 PM ON FEBRUARY 7, 2019.**

**The parties shall be prepared:**

**(1) to state their respective positions on settlement, with PRINCIPALS WITH FULL SETTLEMENT DECISION-MAKING AUTHORITY (UP TO THE AMOUNT LAST DEMANDED FOR DEFENDANTS, DOWN TO THE AMOUNT LAST OFFERED FOR PLAINTIFFS) PRESENT OR AVAILABLE BY TELEPHONE THROUGHOUT THE CONFERENCE.**

**(2) to articulate the basis for any anticipated summary judgment motions and to be familiar with any premotion conference procedures required by the district judge presiding over the case.**

**(3) to state whether they will agree to assignment of this case to a magistrate judge for all purposes, including jury trial and entry of final judgment.**

**Counsel are encouraged to file a written application requesting a settlement conference on an earlier date if they believe it might be productive to do so.**