# ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS

NEW YORK, NEW YORK 10036

TEL: (212) 223-0400

DIRECT DIAL

(212) 826-5325

dhamilton@zeklaw.com

WWW.ZEKLAW.COM

January 31, 2019

**BY ELECTRONIC CASE FILING**

Honorable Steven M. Gold
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Chambers: Room 1217
Brooklyn, New York  11201

**Mordechai Atlas v. Equifax Information Services, LLC et al.**
**1:18-cv-3233 WFK-SMG**
**Citibank's Request for Extension of Discovery Deadlines**

Dear Judge Gold:

We are counsel to defendant Citibank, N.A. in this matter.  We write pursuant to this Court's Individual Practices to approve an extension of time by which the parties may complete discovery by 60 days from February 1, 2019 to and including April 2, 2019.  Plaintiff's counsel consented to this request.  This request is made because the parties are engaging in meaningful settlement discussions and, thus, discovery is not yet complete.  To that end, the parties respectfully request that the Settlement Conference currently scheduled for February 8, 2019 be similarly adjourned.

This is Citibank's first request for such an extension to this Court.

Respectfully,

/s/ David S.S. Hamilton

cc:        Daniel Kohn, Esq. (By ECF)

NEW YORK  |  CONNECTICUT  |  NEW JERSEY  |  ISRAEL

#1000883