DANIEL H. KOHN, ESQ.
Attorney at Law
<u>dhkohn@gmail.com</u>

February 13, 2019

The Honorable William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**<u>VIA ECF</u>**

    Case: 1:18-cv-03233-WFK-SMG
    Atlas v. Equifax Information Services LLC, et al.

Your Honor,

    I write in accordance with Your Honor's Individual Rules of Practice to hereby respectfully request an Order relieving me as Plaintiff's Counsel in the above referenced case, per Local Civil Rule 1.4, as I am no longer associated with Stein Saks PLLC as of February 11, 2019.

    To the best of my knowledge, the law firm of Stein Saks PLLC still represents the Plaintiff in the herein matter. The firm's name partners, Mr. Judah Stein and Mr. Yaakov Saks, will undertake the necessary measures to enter a new notice of appearance on Plaintiff's behalf.

    Per Local Civl Rule 1.4 a copy of this letter is being served upon all parties to this action via ECF. Additionally, a copy of this letter is being served upon Plaintiff via its counsel, Stein Saks PLLC via ECF, as the firm receives additional individual notices of all court filings in pending matters via the Court's ECF system.

    Should Your Honor require additional information, please contact Mr. Stein or Mr. Saks at (201) 282-6500.

    I thank Your Honor in advance for your kind considerations and courtesies.

                                                            Respectfully Yours,

                                                            */s/ Daniel Kohn*
                                                            Daniel Kohn