

CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Mordechai Atlas
4016 Manhattan Avenue
Brooklyn, NY 11224

NIXIE        100  FE  1        0003/05/19
    RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 11201183299        *3045-00282-01-44

Received 3/12/19 JT

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 07 2019 ★

BROOKLYN OFFICE

U.S. District Court

Eastern District of New York

Notice of Electronic Filing

The following transaction was entered on 1/31/2019 at 4:43 PM EST and filed on 1/31/2019
Case Name:    Atlas v. Equifax Information Services LLC et al
Case Number: 1:18-cv-03233-WFK-SMG
Filer:
Document Number: No document attached

Docket Text:
ORDER: Granting [20] Motion for Extension of Time to Complete Discovery. Discovery is extended from February 1, 2019 to April 2, 2019. The status conference previously scheduled for February 8, 2019 is adjourned to April 16, 2019 at 10:00 a.m. in Courtroom 13D South before the undersigned. Ordered by Magistrate Judge Steven M. Gold on 1/31/2019. (Gillespie, Saudia)