

YAAKOV SAKS ▲ *
JUDAH STEIN ▲
RAPHAEL DEUTSCH ^
RACHEL DRAKE ▪

▲ NJ & NY Bar Admissions
^ CT & NJ Bar Admissions
▪ NJ Bar Admission
*Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, ND, MI, CT, AR, TN

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500
fax: 201.282.6501 | www.steinsakslegal.com

April 12, 2019

**VIA CM/ECF**
The Honorable Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      RE:    Atlas v. Equifax Information Services, LLC et al.
               Case No. 1:18-cv-03233-WFK-SMG

Dear Judge Gold:

      We represent the Plaintiff Mordechai Atlas in the above referenced action and write, in accordance with Your Honor's Individual Practices, and with consent of Counsel for Defendant Citibank, N.A.

      We write to respectfully request a thirty (30) adjournment of the Settlement Conference presently scheduled for Tuesday, April 16, 2019. At this time, the Parties have exchanged discovery and are in the process of reviewing their respective responses. Additionally, settlement talks are progressing and the Parties are actively working toward resolution of this matter.

      We have conferred with counsel for Defendant Citibank, N.A., who consents to this request. The Parties propose May 21, 22 (am) or 28, 2019 as alternative dates for the Settlement Conference, should one of those dates be available and convenient for the Court.

This is Plaintiff's first request for an adjournment, and the prospective adjournment will not affect any other calendared date.

We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully,

*s/ Dov Mittelman*

Dov Mittelman, Esq.