**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE** | **September 6, 2019** |
| **TIME:** | **4:30 p.m.** |
| **DOCKET NUMBER(S):** | **CV 18-3233 (WFK)** |
| **NAME OF CASE(S):** | **Atlas v. Equifax Information Services LLC et al** |
| **FOR PLAINTIFF(S):** | **Saks** |
| **FOR DEFENDANT(S):** | **Hamilton for defendant Citibank** |
| **NEXT CONFERENCE(S):** | **UNLESS A FULLY EXECUTED STIPULATION DISCONTINUING THE ACTION HAS BEEN SUBMITTED TO THE COURT BEFOREHAND, ALL COUNSEL AND ANY PARTY WHO HAS NOT YET SIGNED THE SETTLEMENT PAPERS SHALL APPEAR BEFORE THIS COURT AT 6:00 PM ON SEPTEMBER 25, 2019** |
| **FTR/COURT REPORTER:** | **N/A** |

Case 1:18-cv-03233-WFK-SMG   Document 29   Filed 09/06/19   Page 1 of 2 PageID #: 71

**TELEPHONE CONFERENCE RULINGS:**

**Counsel report that they remain on track to reach a settlement and expect to file a stipulation discontinuing the action no later than September 20, 2019.**

**UNLESS A FULLY EXECUTED STIPULATION DISCONTINUING THE ACTION HAS BEEN SUBMITTED TO THE COURT BEFOREHAND, ALL COUNSEL AND ANY PARTY WHO HAS NOT YET SIGNED THE SETTLEMENT PAPERS SHALL APPEAR BEFORE THIS COURT AT 6:00 PM ON SEPTEMBER 25, 2019.**

**Failure to appear may result in the imposition of sanctions.**