UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 20 2019 ★

BROOKLYN OFFICE

---------------------------------------------------------------x

MORDECHAI ATLAS

Civil Action No:
1:18-cv-3233

Plaintiff,

-v.-

EQUIFAX INFORMATION SERVICES, LLC,

CITIBANK N.A.

Defendants.
---------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL AS TO CITIBANK N.A.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff, Mordechai Atlas, and Defendant, Citibank, N.A. in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** September 20, 2019

| For Plaintiff Mordechai Atlas | For Defendant Citibank, N.A. |
|---|---|
| */s/ David Paul Force*<br>David Paul Force<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>dforce@steinsakslegal.com | */s/ David Scott Hamilton*<br>David Scott Hamilton<br>Zeichner Ellman & Krause LLP<br>1211 Avenue of the Americas<br>New York, NY 10036<br>dhamilton@zeklaw.com |

## CERTIFICATE OF SERVICE

I certify that on September 20, 2019, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *David Paul Force*

David Paul Force

*Attorneys for Plaintiff*

The application is ✓ granted / denied
SO ORDERED
s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: Sept. 20, 2019
Brooklyn, New York